**Order filed, April 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01030-CR

_____

**GINGER DEEANNA FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCR-048916A**

## ORDER

The reporter's record in this case was due **December 19, 2011**, 2012. *See* Tex. R. App. P. 35.1. On **March 8, 2012**, this court ordered **Elizabeth Wittu** to file the record on or before **April 6, 2012**. On **April 9, 2012** she filed a motion for extension of time to file the record which was GRANTED until **April 16, 2012**. On **April 17, 2012** a second motion for extension of time to file the record was filed. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time

prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **on or before May 17, 2012.  No further extension will be entertained**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Elizabeth Wittu** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM